```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 16986
  DANA WILLIS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

           Debtor
  SSN XXX-XX-1791

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/18/2007 and was not confirmed.

     The case was dismissed without confirmation 12/06/2007.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID           PAID
--------------------------------------------------------------------------------
AT & T BANKRUPCTY           UNSECURED        NOT FILED         .00           .00
COMCAST                     UNSECURED        NOT FILED         .00           .00
COMMONWEALTH EDISON         UNSECURED        NOT FILED         .00           .00
MID AMERICA BANK            UNSECURED        NOT FILED         .00           .00
PARK OF RIVER OAKS CONDO    UNSECURED        NOT FILED         .00           .00
CHASE TAX RELATED PRODUC    UNSECURED         1276.30          .00           .00
MIDAMERICAN BANK            CURRENT MORTG        .00           .00           .00
MIDAMERICAN BANK            MORTGAGE ARRE   10000.00           .00           .00
PARK OF RIVER OAKS #2 CO    CURRENT MORTG        .00           .00           .00
PARK OF RIVER OAKS #2 CO    MORTGAGE ARRE    5000.00           .00           .00
INTERNAL REVENUE SERVICE    UNSECURED        NOT FILED         .00           .00
WOLIN & LEVIN INC           UNSECURED        NOT FILED         .00           .00
ILLINOIS DEPT OF REVENUE    UNSECURED          58.80           .00           .00
ILLINOIS DEPT OF REVENUE    PRIORITY          318.14           .00           .00
PRO SE DEBTOR               DEBTOR ATTY         .00                          .00
TOM VAUGHN                  TRUSTEE                                          .00
DEBTOR REFUND               REFUND                                           .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------      --------------
TOTALS                        .00                   .00


                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 16986 DANA WILLIS
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE